ROSA LEVINSON, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

BUD A. LIPMAN, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

SUZANNA RUZIAK, a Stockholder of HERNANDO PLANTATION COMPANY, Suing on Behalf of Herself and All Other Stockholders of HERNANDO PLANTATION COMPANY, Similarly Situated, Respondent, v. CLEMENT IHRISKY and HERNANDO PLANTATION COMPANY, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

ELISABETTA FIORITO, and LORENZO BAIONE, as Administrators, etc., of JOSEPH FIORITO, Also Known as GUISEPPE FIORITO, Deceased, Appellants, v. JUANITA, INC., and HAROLD T. WESTLEY, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

THE LONG ISLAND NATIONAL BANK OF NEW YORK, Respondent, v. JULIA VERDESCHI and FELIX VERDESCHI, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of the Application of JAMES J. LOONEY, Petitioner, for a Certiorari Order against LEWIS J. VALENTINE, Commissioner of the Police Department of the City of New York and MICHAEL A. LYONS, Third Deputy Commissioner of the Police Department of the City of New York, Respondents.— Order of certiorari unanimously dismissed and determination of respondent confirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of the Application of WILLIAM R. DEVOY, Petitioner, for an Order of Certiorari against JACOB GOULD SCHURMAN, JR., Chief City Magistrate of the City of New York, Respondent.— Order of certiorari unanimously dismissed and determination of respondent confirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

CLARA R. BRAHDY, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

MARY ROSENBERG, Appellant, v. CHARLES KLEIN, Amended to Read as against CHARLES KLEIN, Sometimes Known as IRVING C. KLEIN and IRVING CHARLES KLEIN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.